

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2019

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007
ChambersNYSDRamos@nysd.uscourts.gov

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007
BroderickNYSDChambers@nysd.uscourts.gov

> Re:   *United States* v. *Louis Martin Blazer, a/k/a "Marty,"*
>       17 Cr. 563 (VSB)

Dear Judge Ramos and Broderick:

The Government respectfully submits this letter in accordance with the Court's procedure regarding sentencings for defendants in factually-related cases that are pending before different judges.

The "related-cases" procedure provides in pertinent part that, when the Government is filing a motion on behalf of a defendant pursuant to United States Sentencing Guidelines Section 5K1.1, the Government, prior to sentencing, is to provide the judge with a "brief statement identifying any prior proceedings in which the defendant has testified before a different judge pursuant to a cooperation agreement." Such statement is to be provided to both the assigned sentencing judge and the judge or judges before whom the defendant testified.

On September 15, 2017, defendant Louis Martin Blazer, a/k/a "Marty," pleaded guilty before the Honorable Vernon S. Broderick on Information 17 Cr. 563 (VSB), to securities fraud, wire fraud, aggravated identity theft, and false statement offenses. Thereafter, from April 23, 2019 to April 26, 2019, the defendant testified pursuant to a cooperation agreement before the Honorable Edgardo Ramos at the trial of *United States* v. *Christian Dawkins and Merl Code,* 17 Cr. 684 (ER).

Dawkins and Code were convicted of conspiring to pay bribes to various college basketball coaches in exchange for those coaches' exerting their influence over the student athletes that they coached to retain the services of Dawkins and a new sports management business that he had recently started.

      The Government respectfully seeks clarification about which Court will sentence Blazer and when the sentencing will proceed. We will address all future correspondence concerning Blazer accordingly.

      Please let us know if there is any other information that Your Honors require.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:   /s/ Robert L. Boone
      Robert L. Boone
      Noah Solowiejczyk
      Eli J. Mark
      Assistant United States Attorneys
      (212) 637-2208/2473/2431

cc: Marty Dietz, Esq.