

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2019

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Louis Martin Blazer, a/k/a "Marty,"*
       17 Cr. 563 (ER)

Dear Judge Ramos:

  The Government writes to respectfully request that the Court order the United States Probation Office to prepare a presentence report for the above-captioned defendant, Louis Martin Blazer. The Government also requests that the Court schedule a sentencing date for the defendant.

  As the Court is aware, Louis Martin Blazer testified on behalf of the Government in the trial of *United States* v. *Christian Dawkins and Merl Code*, 17 Cr. 684 (ER), pursuant to a cooperation agreement with the Government. At the conclusion of that trial, the Government submitted a letter to Your Honor seeking guidance on whether Blazer should be sentenced before Your Honor or before Judge Vernon S. Broderick, who originally presided over Blazer's criminal case. (*See* Docket. No. 296 of 17 Cr. 684). Blazer's criminal case was ultimately reassigned to Your Honor. Accordingly, the Government asks that a presentence report be prepared for Blazer and a sentencing date be scheduled.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

           By:  _____

cc: Defense Counsel (by email)    Robert L. Boone
                Assistant United States Attorney
                (212) 637-2208