The Honorable Edgardo Ramos

United States District Judge

Southern District of New York

United States Courthouse

40 Foley Square

New York, New York 10007

Honorable Judge Ramos,

My name is Tricia and I am Marty's wife of over 20 years. We have 3 absolutely amazing children, Madison, age 20, Connor, age 17 and Arianna who is turning 14 on the day of sentencing. To say we have had our ups and downs over the last 20 years is somewhat of an understatement; however I can truly say that I have never, not for a second, waivered in my support of Marty. Despite of the awful things written/tweeted about him, the reporters camped outside our home videoing our daughter, pictures of our home being published in the local paper, kids saying things to our children at school, reporters calling my place of business, I have consistently and faithfully supported him because I know him and what is in his heart. I know how deeply sorry he is. And he has spent every day since his cooperation began in 2014 trying to help right any wrong. No one has any idea how difficult this was for him all of those years. I am sure I don't even fully know the extent of it. It was torture for him —never knowing if/when it would end, spending our money in the beginning stages, having to miss family events, the calls, the texts, not being able to talk about it to anyone even me so as to not put the case at risk, and again I could go on. What he did hung over him and our family like a deep black cloud that invaded his every thought. He was looking back at family pictures recently and based on when they were taken he can remember what was going on

with his situation and he goes right back to how he was feeling then. The same for me, every smile was not genuine because this was hanging over our family. There was never true peace or happiness. I truly wish you could see what I see and know what I know about him. I'd love for you to come to Sunday dinner and see that man that he really is. He's the man that scrubs toilets and vacuums every Saturday, checks Skyward every week to keep up with Connor and Ari's grades/homework, helps Maddie with friend drama, cuddles with Newton, our beloved fur baby, every night, never goes out with friends and spends every free moment with his family and is truly the dad that I always dreamed my children would have. My father passed away when I was only 18 and my sister was 15. I wish that my dad could have known Marty. I see so many similarities in Marty and my dad—strong work ethic, compassion, and exemplary fathers, to name a few. He would have been proud of the man Marty is and would have supported and loved him as we all do.

About a year ago, Marty was picking up dinner for us at a local place and ran into a young man who grew up in our old neighborhood. Brayden was now in his mid 20's who had been an elementary and middle school student when we knew him. While they were talking, Brayden very delicately brought up Marty's situation. He told Marty he doesn't believe everything written about him, knows who he really is and then reminded Marty about something that happened when Brayden was probably in 5th grade. Marty had a football player client (Willie Parker) who was asked to throw out the 1st pitch at the Pirates game. He told Marty he was concerned because he said he could throw a football but wasn't confident throwing a baseball and didn't want to be embarrassed. Marty offered to help Willie and did something that I thought was very sweet and thoughtful at the time. He knew Brayden played Findlay Township baseball and loved all sports. He asked Brayden to practice with Willie, thinking Brayden would really like that. So Marty took them to a local field where Brayden taught Willie how to throw a baseball. All these years later Brayden said he will never forget that; he told Marty how

much that meant to him and that is a story he will tell his grand kids. He said he knew Marty didn't need to do that for his client or for him but that it was so special and exciting for him. He said to Marty, "that's who you are". And its so true. It meant a lot for Marty to hear that, maybe because he didn't know how much of an impact it was to Brayden and maybe because he was used to reading some pretty awful things about himself that he needed to be reminded of how people that really know him, see him. When Marty told me about this later that night, I cried so hard. You have no idea how hard it is for people to only believe the worst about someone you love and it was overwhelming to hear how wonderfully Brayden felt about him.

I am hoping you will also consider what impact imprisoning Marty will have on myself and our children. I would most certainly not be able to afford our home and he is the one who carries our health insurance. Not only would it be devastating financially, I fear the emotional toll would be too much to bear. We have been through so much already, I am not sure we could handle it. I do believe he has been punished for what he has done, both professionally and personally. He lost his business that he loved and any future in that business that he took years to build. As I mentioned, Marty did not work from November 2014 until November of 2017 while he was helping with the investigation so we were without any income from him. We all sacrificed and although I work, it was not enough so we had to use a substantial part of our savings. He was fortunate enough to be able to find work a month after his plea. I am so proud he secured a job so quickly after his plea. Sending him to prison will obviously end that job and any possibility of returning to that position and perhaps any other that could keep us afloat. Everyone in each of our families, those at his current employer, our friends, everyone in our community, soccer team parents and a host of others (because his plea and cooperation were so public) know about what he did. This is a heavy burden to bear for the rest of his life. I pray you will not add to this by sending him to prison.

I know the court is aware that Marty cooperated with the government. I just want the court to know how difficult it was for him to be away from his family during that time. He did everything that was asked of him and he was often away from home for days at a time. He traveled to New York and many other places but he still made sure he had time for his family. I am proud of how he handled himself during that extremely difficult time.

The stigma and shame of his mistakes will be with him always; people make mistakes but what defines a person are the steps they take after. Please let Marty be defined by the steps he took after and not by going to prison. Give him the opportunity to keep righting his wrongs; I promise you he will make sure that is what he does with the rest of his days. He wants to keep working, he wants to keep helping the NCAA and desperately wants to be home with his family. He feels such sadness for what he has put us through and deep remorse for anyone he has hurt. No one knows him better than I do and I know he is truly sorry and sincere.

Marty is a wonderful father and husband and person; he's loving, caring, attentive and kind. I am begging you to not sentence him to prison. I love him with all of my heart.

This was the most difficult thing I have ever had to write. Thank you for your consideration and time.

Respectfully,

Tricia Blazer

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Honorable Judge Ramos,

My name is Arianna Blazer and I am Marty Blazer's youngest child. I will be fourteen on February sixth and I am in eigth grade at West Allegheny Middle School. I am also a cheerleader.

When I first thought about what I wanted to say, I was going to give you the definition of family but instead I decided to give you my definition of family. Family— the people who can't promise you won't go through hard times but can promise you won't have to go through them alone. The people who support you, love you, and always plan to be there for you from day one. Ever since I was little family has been my go to, my everything, my forever.

But especially my mom and dad — I would be absolutely no where without them. From the time I was little, I have been taught to cherish family. And that family is all I have in this world. These past years in middle school have really taught me that. Please don't take away the most important thing in my life. No one should have to go through life without family. Family is all anyone has in life.

We rescued our Italian greyhound, Newton 3 years ago. We drove all the way to Kentucky to get him. My sister, brother and I had wanted a dog for forever. Even though my dad is allergic to dogs and cats and has asthma, he gave in and let us get Newton. We all fell in love with him right away, especially my dad. Newton is his little shadow. My dad now has this awful cough for a couple years from his allergies, but he loves us and Newton so much, he doesn't complain.

Since I was the youngest, I was the last to know what happened. I didn't tell anyone but I was scared — scared that everything I ever knew was going to dissapear. People make mistakes. I can't even begin to imagine how many times you've heard that but it's the most true thing I have ever heard. My parents taught me and my siblings if you make a mistake you must learn from it, never repeat it, and from then on do better. That is what my dad is doing and has done. My dad truly is one of the best people I know and I hope to one day be half the person he is.

thank you.

Arianna Blazer

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 1007

Honorable Judge Ramos,

My name is Connor Blazer. I am the 17-year-old son of Marty Blazer. I'm a good kid. I get straight A's with the occasional B, I play soccer for the Riverhounds Academy, and I constantly try to be the best person I can be. I look up to my dad. How could I not, he has been there for me through everything. He's been taking me to and from soccer practice since I could remember. He's helped me with soccer, school, girls, and I truly owe him the world for all he's done for me. But he expects nothing in return. He has been my father by luck of the draw, but by choice, he has been my motivator, my teacher, my protector, my role model, my best friend, and so much more. "Every person makes mistakes. What matters is what you do after." I truly believe that quote. How we truly, genuinely try to fix our mistakes and carry on as a better person is what really defines who we are and yes, my dad made a mistake, but since then he has been doing nothing but trying to fix it.

At first my sisters and I had no idea. My dad didn't want us to worry and we had no idea for so long. Then as time passed and things were becoming public, they told us as much as they could lightly. I was never embarrassed about the situation even when people asked me in school; I was mainly sad because people didn't see him as the amazing man that I know him to be. Its tough for a kid to deal with something so public. But both of my parents instilled the values of family love, strength and support in us. So we stood united as a family.

My dad has carried the guilt of the mistakes he made for years now and will carry it forever. That is a huge burden that he will bear but he owns it. He has lost so much professionally and lost so much family time during his cooperation. One time, while we were at a soccer tournament, he had to leave me there with another family because they wanted him to go somewhere. I didn't know where or why at the time but I was only 14. He did everything he possibly could during his cooperation to make things right and make a difference. People say to you they are going to do better; my dad HAS already done better. And he will keep doing better.

I love my dad and I need my dad. I am 17 years old and becoming a man. I'm in the process of deciding on a college. This is a huge thing that I need him for. He is my best friend; I value him for his guidance, support and unconditional love. I love my dad more than anything so please don't take him away from me.

Thank you so much for reading this and for your consideration. My family and I greatly appreciate it.

*Connor Blazer* (signature)
Connor Blazer

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Honorable Judge Ramos,

I am sure you receive and read so many of these letters, so I will do my best to make this as short and sweet as possible.

My name is Madison Blazer, I am Marty's oldest daughter. From a very young age, I idolized my dad. I idolized both of my parents, but my dad especially. His intelligence, charisma, and strength were all qualities that I valued; qualities that I wanted. He was who I wanted to be when I grew up. When you're a child, your parents can do no wrong. They are unflawed, perfect role models. It can be such a shock when you mature a little and realize that your parents, just like everyone else, are imperfect too.

I remember the day I found out about my dad's flaw. I remember the day that newscasters were camped outside my house, videoing me as I went to school. I remember when a reporter publicized a picture of our house, and the anger I felt at the sheer disrespect for my family's privacy. I remember how I had to be strong for my younger siblings and help them with understanding how to feel about everything. But most importantly, I remember how united we were, as a family. I have to give my dad credit for this. He has taught us what it means to be a family, and without him, our family would be incomplete.

As I mentioned before, everyone has flaws, imperfections, or burdens they must deal with throughout life. Our flaws are what make us exceptional people; I believe this about my dad. Today, he is a changed man; a better man. He acknowledges what he has done and is truly sorry. This experience has made each one of us individually and our family, as a whole, stronger. The lessons that my dad has taught me, related and unrelated, are lessons that I will carry with me throughout my life.

To this day, I idolize my dad. He is who I want to be when I grow up. He has flaws and imperfections, but how he has dealt with them has made him the perfect role model. Not only is he intelligent and strong, but he has taught us all what it means to be a family. Without my idol, my role model, my dad in my life, I know that my family couldn't be the same.

So, Honorable Judge Ramos, I want to thank you for your time and consideration in reading this letter. I truly hope that you see what a great man my dad is and why having him in my life is a necessity for not only me, but for my mom, my two younger siblings, and for our family overall.

Respectfully,

*Madison Blazer*

Madison Blazer