The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

I am writing this letter on behalf of my brother-in-law, Martin Blazer. I have known Marty for 20 years. Throughout the years I have spent a lot of time around Marty at numerous family gatherings, holidays and vacations. I have witnessed so many times first-hand how kind and generous Marty is his family and friends. He always treats everyone, no matter who they are with the same kindness and respect. He has become more to me than my wife's sister's husband; he is also what I consider to be a good friend.

I see the way he is with his 3 kids. He is a great dad, highly involved with their school, sports and activities. It is always great to see the mutual love, respect and admiration that he has with his kids and I've admired those relationships. I know the person and man that Marty truly is. He is kind, honest, ethical, hardworking and dependable.

It pains me to think that this mistake (not in any way to diminish this situation), could so adversely affect his family that loves and depends on him so much. I really believe he is so sorry for what he has done and I know he has a severe price personally and professionally. I sincerely and humbly ask that you take his family, as well as the way he has conducted his entire life, with honor and integrity, into consideration with regards to his sentence. I appreciate you giving me the opportunity to share with this with you.

Sincerely,

*Lance Baxendell*

Lance Baxendell

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

01-16-2020

Character reference for Louis Martin Blazer

To the Honorable Judge Ramos,

I am Marty's uncle Robert Blazer And I am a retired business owner of Youngstown power tool supply company.

I have known Marty his entire life I've watched him grow up excelling in baseball which my brother helped coach his team, I also remember watching him play high school football which initially helped him receive a scholarship for Carnegie Mellon.

I remember many conversations with my brother and the two of us talking about all of Marty's accomplishments and how proud we both were of him.

As an example of how trustworthy I know Marty is, as a high school junior I let him take my new Corvette to his junior prom, and his senior year he drove my 57 Thunderbird.

There are not that many adults I would put that type of trust in, let alone a high school student, The point is whatever charges Marty has faced it's totally out of character for the type of man I know and care about.

Your honor whatever mistakes he has made I am asking you to consider the many successes and good things Marty has done in his past.

Thank you for your time and consideration.

Sincerely,
Robert Blazer
1-16-20

Robert W. Blazer
3275 Easy St.
Canfield, OH 44406

Sentencing Exhibit 2

The Honorable Edgardo Ramos

United States District Judge

Southern District of New York

United States Courthouse

40 Foley Square

New York, New York 10007

ChambersNYSDRamos@nysd.nysd.uscourts.gov

01-09-2020

Character reference for Louis Martin Blazer

Dear Judge Ramos,

    I am writing to you on behalf of my Uncle Marty. Marty has been a large part of my life from a young age. He was the first person to hold me when I was a born and the last person to leave my mothers side when their father past away.

    I recently had our family videos converted to DVD and got to relive a lot of my childhood. One things that stood out to me in the videos was that my uncle was at our house a lot. The reason that stood out was that the videos were filmed between 1989-1993 at that time he would have been in college. So when I was asked to write a letter to you addressing his character, my thoughts went straight to that. Why would the CMU quarterback care about coming home from school every chance he got to be with his family? The only reason that makes sense, in hindsight, is that he puts family above all else.

    Marty has been a great role model to anyone surrounding him. He's been a loyal husband of over 20 years and loving father to his three children. Martys influence is a testament to the strength and charter of his family.

Your Honor, I understand the extent of the charges and the severity of his actions however I am asking the court to show leniency. My uncle is a very reserved person, he doesn't show his weaknesses often but when I spoke to him about what had happened I knew how truly embarrassed and remorseful he felt, not only for himself but mainly his family.

Thank you for your time and consideration

Jordan Capponi.

The Honorable Edgardo Ramos

United States district judge

Southern District of New York

United States Courthouse

For a Foley square

New York, New York 10007

ChambersNYSDRamos@nysd.uscourts.gov

01-13-2020

## Character reference for Louis Martin Blazer

Dear Judge Ramos,

My name is James Steven Funk I am a superintendent with Rycon construction.

As Louis Martin Blazer's brother-in-law I have known him practically his entire life,

I've watched him interact with friends, family members as well as clients ,I can attest to his caring nature and dedication, personally as well as professionally.

I was extremely surprised to hear of the charges against him, he has so many positive qualities.

On behalf of Martin He is a good father and a good man, I've always been proud of him!

I sincerely believe that the crime he was charged for is highly contrary to his work ethic and disposition I have always witnessed.

Enclosing and without reservation, I can vouch for Martin's integrity, he has expressed to me how truly sorry he is and I am pleading with the court to consider what a dear family member he is and hope the court will show leniency.

Thank you for your consideration.

Sincerely,

James Steven Funk

The Honorable Edgardo Ramos

United States District Judge

Southern District of New York

United States Courthouse

40 Foley Square

New York, New York 10007

ChambersNYSDRamos@nysd.uscourts.gov

01-08-2020

Character reference for Louis Martin Blazer

Dear Judge Ramos,

    My name is Lynda Marie Funk, I am writing This character reference letter on behalf of my brother Louis Martin Blazer.

    I have been retail manager with Macys and Kaufmann's department store since 1989 and I am now recently retired.

    We grew up in a lower income family with loving parents that encouraged us always to achieve better. My mother was the oldest of nine children and our grandmother who was the biggest influence in our life practically raised all of them by herself after the death of my grandfather at age 49.

    Marty always had a drive to be successful and had won scholastic awards throughout his grade school, high school and collegiate years. Our entire family is extremely proud of the man he has become. When we heard the news of my brother committing a crime we were all in shock.

He has never been the type of person that would do anything that was not upstanding or cause any type of disappointment to anyone.

He helped me through one of the toughest times of my life, with the loss of my grandmother in 1991 and next my mother in 1993, which I believe set my younger sisters on a path which started their opioid addiction's.

Throughout his life he has always showed outstanding ethics, morals and values. He is an incredible father, a wonderful brother, an amazing uncle to my nephews, my daughters and my granddaughters.

Marty confessed to my uncle and I his serious lack of judgment and expressed genuine remorse for his inexcusable mistakes.

I am pleading to the court show leniency for my brother who I know is loyal, devoted and a loving person that has been a gift to me my entire life.

Thank you for your consideration.

Lynda M Funk

*[signature]*

The Honorable Edgardo Ramos

United States District Judge

Southern District of New York

United States Courthouse

40 Foley Square

New York, New York 10007

Your Honor,

I am writing you today to let you know about the Louis "Marty" Blazer that I know. We became friends back in 2007 when our sons met in preschool. Our boys became instant friend and we were friendly with the Marty and Tricia but our relationship changed in 2011 because my husband was in a horrific automobile accident where he was the only survivor out of the 4 passengers. People always say you never know who your true friends are until a tragedy occurs, which is definitely true. My husband was in ICU for 1 month, the hospital for 1 month and then 1 month in a rehabilitation hospital. Marty really stepped in to be a father figure to my son and daughter while my husband was recovering. He would take my kids out with his kids, run them to practices, or just talk to them and made sure that they were okay. Without his support and love I am not sure what I would have done. Marty is a kind, loving, caring family man that loves his family and friends. He is loyal and if you needed anything he would give you the shirt off his back.

Tricia and I work together. I have no issues trusting my future or my family's future with the Blazer Family. Our families spend all the holidays together and we also go on vacation together. Marty is a positive role model and encourages you to become a better person. Marty has been, and will continue to be a constant in my life and in the life of my family. I am sure that Marty deeply regrets his actions that occured and they will not be repeated. Please give him every consideration possible.

Respectfully,

Christie Kosenina

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Your Honor,

I am writing this letter as a testimony to the character of Louis "Marty" Blazer. I never knew what lied ahead of me when my wife and Marty's wife, Tricia, met when our boys started pre-school together. Not only did our wives hit it off, so did Marty and I. When we met it felt like we had known each other our whole lives. We started to build a great friendship. Marty and I are alike in many ways but especially by how we are both great fathers and our families come first. We took our daughters to an Austin Mahone concert and we were the only dad's there. We took our boys to London to watch a soccer game. Our boys loved it and thanked us both over and over. This goes to show you what a great dad and family guy he is.

Then back in 2011 my life turned upside down when I was in a car accident and nearly died. I was in the hospital clinging to life and Marty stepped in and helped my family, whether it was coming to the hospital to see me or running my kids to soccer practice or taking my daughter to dance for us or just making sure that my wife was doing okay. We would not have made it through everything without Marty and Tricia. Marty did not have to do any of this but he did and has never asked for anything in return. I wish we had more people like Marty. A big guy with an even bigger heart. I consider the Blazer's family. I would trust Marty with my life or my family's life without hesitation.

I am aware of the legal situation in which he is currently involved. We all make mistakes and learn from them. Marty's positives far outweigh the negatives. Marty helped my family and I am forever grateful. I would not hesitate to say that Marty is like a brother to me. I have the upmost respect for him. He may not be perfect but who is? I am glad God put him on this Earth for my family and many others. I would not hesitate to stand up in court to tell everyone what an awesome father, a great friend and person he is, and how much he means to me and all the people that he has touched.

Thank you for your time and attention regarding this matter.

Sincerely

Todd Kosenina

# ANTHONY E. PATTERSON
833 Ponderosa Drive
Imperial, PA 15126
(412) 298-1090
AEPLAWFIRM@aol.com

January 23, 2020

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Ramos:

My name is Anthony Patterson. I am an attorney in Pittsburgh, Pennsylvania and a good friend of Marty Blazer. I welcome the opportunity to offer a character reference for him during this very difficult time of his life. I have known Marty for over 10 years. Our children have attended the same elementary and high school and have participated in sports together. I have witnessed first-hand his loving relationship with his wife and children. Marty, his wife Tricia, and my wife and I have become very close friends. As a result of his recent guilty plea, his circle of friends has become very small and my wife and I remain one of the few still in that circle. I have served as a personal confidant to Marty and I can assure you that he has accepted full responsibility for his conduct. He is genuinely remorseful for the damage he has caused.

Marty and I have shared numerous conversations where he has demonstrated his commitment to helping the federal government and the NCAA eradicate corruption in the recruitment of amateur athletes. Recently, I have learned of the lengths Marty has gone to cooperate with both the federal government and the NCAA in that regard. While there is nothing that can be done to unwind what Marty has done in the past, I can assure you that his post-conviction conduct has been positive. He has withstood the relentless media attention that has surrounded him. Multiple national media outlets surrounded his home and his children often had to walk past reporters and cameras to get into their home after school. Even after Marty agreed to work with the government, multiple national media sources continued to denigrate him not just for his conduct but also for the fact that he was helping the federal government investigate corruption.

Marty should obviously be punished for his conduct. I do, however, ask Your Honor to consider that Marty has already suffered substantial informal forms of punishment. He has lost a lucrative career and many personal and professional relationships and he is working hard to rebuild trust and faith within his family. He has made sincere efforts to redeem himself. I ask the Court to impose a sentence that will permit Marty to continue his support of his family. Thank you.

Very truly yours,

Anthony E. Patterson, Esquire

AEP:aa

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007
ChambersNYSDRamos@nysd.uscourts.gov

January 7, 2020

Honorable Edgardo Ramos,

I am writing this letter on behalf of my cousin, Martin Blazer. I would like to share my perceptions of him as a person, dating back to our childhood.

We were raised in a close-knit, blue-collar, ethnic (mostly Irish) family. I was born 7 years before him, and I remember Marty being a well-liked, though timid, kid when he was young. Our families were loving and protective, and we all enjoyed being together as much as possible. We're good people!

I later moved out of state, attended college and medical school, and served as a family physician for several years in the U.S. Army and Department of Veterans Affairs. I currently work for the Commonwealth of Pennsylvania. Throughout my career, though I lived away from him for most of it, I always kept in touch with Marty and marveled at his accomplishments.

He excelled both academically and athletically in high school and college. I recall him briefly considering pursuing a career in medicine, as well as a career in law, but he seemed to find his greatest joy and proficiency in finance and business. I was quite impressed as his early career blossomed. When he started working with elite athletes and celebrities, I knew he was destined for great things. He was always an effective communicator and skilled at getting along with people, and he seemed very comfortable working with his high-stature clientele. I looked up to him for the lifestyle he had earned and the well-known people with whom he regularly associated.

Martin Blazer - Page 1 of 2

The Honorable Edgardo Ramos

United States District Judge

Southern District of New York

United States Courthouse

40 Foley Square

New York, New York 10007

ChambersNYSDRamos@nysd.nysd.uscourts.gov

01-09-2020

Character reference for Louis Martin Blazer

Dear Judge Ramos,

I am writing to you on behalf of my nephew, Louis Martin Blazer.

I am aware of the situation Marty is involved in, I also truly know how deeply he regrets and accepts responsibility for his actions. What he did was completely out of character for Marty.

Marty is a good person, a very devoted husband, father and a wonderful nephew who I have been proud of his entire life.

Please show leniency towards Marty so that he can make reparations for what he has done, and also so that he can continue to maintain a stable, loving home for his family.

Thank you, Judge Ramos, for your time and consideration.

Sincerely,

Lynda Mckinnon

*Lynda McKinnon*

I still don't know all the details of Marty's transgressions, but when he was finally able to tell me about some of the SEC violations he committed, his humble regret was very apparent. As with many people in similar business situations, I think his intent, in trying to serve his clients' long term interests, was good and sincere. However, his unfortunate efforts to correct what he knew were earlier mistakes led to further errors in judgment. I believe he simply became overzealous in his attempt to succeed and help his clients. But I am positive that it was never his intention to steal money from anyone. Given his prior successes, he didn't need to seek financial gain illegally.

Marty is not a criminal...he is an ambitious businessman who made some very large financial mistakes. He is also a family man who is devoted to his wife and 3 children. He knows what he did was wrong, and I know he's paid a heavy price emotionally for it. Rest assured, he is still loved and respected by his family and friends, especially me. He has done all he can to make atonement for his errors; and he even put forth a courageous effort to expose some of the unethical activities of many of his former colleagues and associates. He deserves to move on and live with his life experiences & lessons learned. He certainly poses no threat to other people or society.

I appreciate your kind consideration of my thoughts in your decision regarding Marty's case.

Sincerely,

Paul M. Smith, MD
North Huntingdon, PA

Martin Blazer - Page **2** of **2**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

I want to thank you for the opportunity to tell you about my brother-in-law, Louis Martin "Marty" Blazer. Marty is married to my only sister, Tricia; and since we are very close, I've spent a lot of time with Marty over the last 25 years. I feel that I know him very well and I pray this letter provides insight into his character and the wonderful person that I know him to be.

First and foremost, Marty is an extremely devoted family man. Nothing is more important to him than his wife and 3 beautiful and amazing children, Madison, Connor and Arianna. He is a loyal and loving husband to my sister, a true partner in every way. That is especially the case with raising their children. Marty has always been a hands-on, loving, attentive, generous, supportive, encouraging and dependable father. He never misses a soccer game or practice, teacher's conference or dance recital. My nieces and nephew are polite, hard-working, respectful, kind and considerate teens and young adults because of the strong values and morals that Marty (and my sister) have instilled in them and the example he has set for them by the way he has always conducted himself. Marty's children think the world of him as well.

For me personally, Marty has always been someone I can rely on and trust. He has always been there for me and my family no matter what. When I got married, it was Marty that I asked to walk me down the aisle. My father, whom I felt was the greatest man ever, passed away when I was 16. Even though I had uncles and a grandfather that I was very close to, I felt it most fitting for Marty to stand-in for the man that I admired, respected and loved so dearly, my father. A few years later when I was considering a job change in a new field, I sought Marty's advice. I value his opinion and I know he, as a true friend, has only my best interest at heart. He not only gave me great advice and encouragement, he went above and beyond and reached out to some of his contacts on my behalf and secured me an immediate interview. I am proud to call him my brother-in-law and friend.

Marty has lived an honorable and commendable life. I know he is truly sorry for the circumstances that brought him to this point. With my whole heart I ask for your compassion as you evaluate his case. Thank you for your time and reading my letter.

Sincerely,

*Dana Yanni*

Dana Yanni

The Honorable Edgardo Ramos

United States District Judge

Southern District of New York

United States Courthouse

40 Foley Square

New York, New York 10007


Honorable Edgardo Ramos,

I would like to introduce myself; my name is Deanna Yanni, Marty's mother in law. He has been married to my daughter for over two decades. He is and has been a wonderful husband and father to my three grandbabies. Obviously, I have known him for a very long time. I feel I am a mother to him, since his mother passed away when he was only 22 and he met my daughter when he was about 27. He fit in very well with our family right away and quickly became the son I never had. Although my husband has long passed, I am certain he would feel the exact same way. I wish he could have known Marty and he would have loved him like a son. Marty is smart, funny, caring, and kind but has a sensitive side too that many don't get to see. He loves his family so deeply and unconditionally. He would never hesitate to help me or anyone else with anything. I cannot tell you enough what a wonderful father he is and it breaks my heart at what it would do to his children and my daughter if he were sentenced to prison.

A wonderful memory that I have of Marty occurred when the Pirates got their new stadium, PNC Park. I commented one night at dinner that I will probably never get to see it. The next week, he surprised me with tickets and just the two of us went. It was one of those warm summer nights; we had hot dogs and cheered on the Pirates. That is the gentleman that he is—one who gives up a Friday night to take his old mother in law to a baseball game to make her happy.

I realize I am older and do not know or understand all of the details as to what brings Marty before you but what I do know is how deeply sorry and remorseful he is. I ask that you please exercise compassion and please do not sentence him to prison. He has suffered so much already, professionally and personally; please do not take him away from his family. We all love him so very much.


Thank you for reading this and for your consideration.


Most sincerely,

*Deanna Yanni*

Deanna Yanni