

# TITAN TECHNOLOGIES Inc.

Date: 1/29/2020

To:
    The Honorable Edgardo Ramos
    United States District Judge
    Southern District of New York
    United States Courthouse
    40 Foley Square, New York, New York 10007

Honorable Judge Ramos,
    We are more than happy to write this note to you on behalf of Marty Blazer. November 2019 marked Marty's two year anniversary with our firm, Titan Technologies Inc. We were aware at the time of making the decision to hire Marty of his guilty plea as well as his government cooperation arrangement in the legal matter which he was one subject to prosecution. In addition to what was publicly reported, Marty was completely transparent and honest about his case and also, he was also very forthright and contrite with regards to the mistakes he's made. Over the past two years, since his employment, Marty has proven to be a tremendous asset to our organization. He is driven, motivated, and diligent with his work. He's a hard worker and has great focus on given tasks. Marty is not only an employee but he is a friend. He is someone who would be there for you if you needed him and do whatever necessary to help. We are very fortunate to have him work for us and we are looking forward to him being an instrumental part of our growing business.

Marty is a family man as well. There is no question what's most important in Marty's life is Trish and his kids. Watching him with them or listening to him talk about them anyone can see that right away. Marty has never denied the fact that he's made mistakes, but to us it feels like we are the beneficiary of having someone who continues to learn from them and has a deep desire to move on with his life in a positive direction. I therefore, plead and ask your Honor to be merciful and offer favorable decision to Marty so that he is able continue to be employed and provide for his family putting his past behind him. With all the hope and prayers, I am convinced that your empathy towards his sentencing will certainly go a long way in his life.

With Gracious Gratitude.

Sincerely,
Jolly Joseph Vazapphilly
Director
Titan Technologies Inc.

TITAN TECHNOLOGIES Inc.    Phone: 1-888-671-6649    www.titan-techs.com
Pittsburgh PA Office: 2535 Washington Road, Suite 1110, Pittsburgh PA 15241
PA Office: 780 Newtown Yardley Road, Suite-324 Newtown PA 18940

Page 1 of 1

Sentencing Exhibit 3