

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2020

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Louis Martin Blazer, a/k/a "Marty," 17 Cr. 563 (ER)

Dear Judge Ramos:

On February 6, 2020, Your Honor sentenced the above-captioned defendant to time served and made clear your intention to impose an order of restitution. Attached, please find a proposed order of restitution.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  /s/ Robert L. Boone

Robert L. Boone
Noah Solowiejczyk
Eli J. Mark
Assistant United States Attorneys
(212) 637-2208/2473/2431

cc: Defense counsel (by ECF)